# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| West River Striping Co., | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Chester Bross Construction Company, C.B. Equipment, Inc., and Western Surety Company, | ) |
| | ) Case No. 1:16-cv-374 |
| Defendants. | ) |

Before the court is a motion for attorney Brian E. McGovern to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Brian E. McGovern has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 11) is **GRANTED**. Attorney Brian E. McGovern is admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge