# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| West River Striping Co., | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Chester Bross Construction Company, C.B. Equipment, Inc., and Western Surety Company, | ) |
| | ) Case No. 1-16-cv-374 |
| Defendants. | ) |

Before the court is a motion for attorney Boris A. Kaupp to appear *pro hac vice* on the Defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Kaupp has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Kaupp has also paid the required admission fees to the office of the Clerk. Accordingly, the currently pending motion (Docket No. 14) is **GRANTED**. Attorney Kaupp is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 22nd day of November, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge